UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) CASE NO: 09-53205-399  Chapter 13 |
| | ) |
| PATRICK J HULL | ) |
| | ) Response Due: 05/26/2011 |
| | ) Hearing:                    4 |
| Debtor(s) | ) |

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE**

    COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee In bankruptcy, and for his Motion to Dismiss states as follows:
1. That the above captioned case was filed on Dec 30, 2009. The debtor's plan proposes to pay the sum of $    300.00  per month.
2. Pursuant to 11 U.S.C. 1326(a)(1) the debtor's first payment was due on January 29, 2010  .
3. That the Trustee has received payments from the debtor over the last nine months as set forth in exhibit A, attached hereto.
4. That the amount due to the Trustee to date is $   4,800.00  but the total paid into the plan to date is $   4,200.00 .
5. That the debtor is $    600.00  in default through May 05, 2011.

    WHEREFORE, the Trustee prays the Court enter its order dismissing this Chapter 13 case for failure to make plan payments.

**NOTICE OF FILING OF MOTION TO DISMISS**

    Please take notice that the Chapter 13 Trustee has filed a Motion to Dismiss. Any responsive pleadings including an amended plan, if one is to be filed, must be filed in writing with the US Bankruptcy Court, 111 S Tenth St, 4th Floor, St. Louis MO, 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the motion may be granted without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

    The undersigned hereby certifies that a copy of the foregoing motion and notice was served upon the following either through the Court's ECF system or by regular mail this day of May 5, 2011        .

                                     /s/ John V. LaBarge, Jr.
GV -026                                  -----------------------------------
                                        John V LaBarge Jr  Ch 13 Trustee
                                        P.O. Box 430908
                                        St. Louis, MO 63143  (314) 781-8100
                                        trust33@ch13stl.com   Fax:(314) 781-8881

P HULL                                     LEGAL HELPERS PC
441 WEST ARGONNE AVENUE            515 OLIVE ST
KIRKWOOD MO  63122                   STE 702
                                            ST LOUIS MO
                                                          63101

```
In re:                          )  CASE NO: 09-53205-399   Chapter 13
                                )
PATRICK J HULL                  )
                                )  Response Due: 05/26/2011
                                )  Hearing:                              4
                    Debtor(s)   )
```

                              EXHIBIT A

                RECEIPTS FROM Aug 04, 2010 TO May 05, 2011

```
RECEIPT DATE     RECEIPT AMOUNT     RECEIPT TYPE
------------     --------------     ------------------------------------

Oct 04, 2010     $      300.00      OFFICIAL BANK CHECK/DRAFT
Nov 04, 2010     $      300.00      OFFICIAL BANK CHECK/DRAFT
Dec 17, 2010     $      600.00      CASHIER'S CHECK FROM DEBTOR
Jan 05, 2011     $      300.00      MONEY ORDER FROM DEBTOR
Mar 07, 2011     $      300.00      MONEY ORDER FROM DEBTOR
Mar 07, 2011     $      300.00      MONEY ORDER FROM DEBTOR
```